| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael J. Gomez (State Bar No. 251571)<br>  mgomez@frandzel.com<br>Gerrick M. Warrington (SBN 294890)<br>  gwarrington@frandzel.com<br>Frandzel Robins Bloom & Csato, L.C.<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA  90017<br>(323) 852-1000<br>(323) 651-2577<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Cathay Bank | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Nelson Yen, | CASE NO.: 8:21-bk-11422-ES |
|---|---|
| | CHAPTER: 7 |
| | ADV. NO.: 8:22-ap-01003-ES |
| | **NOTICE OF MOTION FOR:**<br>**MOTION TO APPROVE DISMISSAL**<br>**OF ADVERSARY PROCEEDING OBJECTING TO**<br>**DEBTOR'S DISCHARGE PURSUANT TO FED. R.**<br>**BANKR. P. 7041**<br><br><br>(*Specify name of Motion*) |
| Debtor(s). | DATE:  August 4, 2022<br>TIME:  10:30 a.m.<br>COURTROOM: 5A*<br>PLACE: *ZoomGov hearing |

THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE
DEBTOR, THE TRUSTEE AND ALL OTHER INTERESTED PARTIES AND RESPECTIVE
1.  TO (*specify name*): COUNSEL

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

4648159v1 | 023000-1239 This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.


Date: July 14, 2022

Frandzel Robins Bloom & Csato, L.C.
Printed name of law firm


/s/ Gerrick M. Warrington
Signature


Gerrick M. Warrington
Printed name of attorney

4648159v1 | 023000-1239 This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 3                    **F 9013-1.1.HEARING.NOTICE**